Trathen v Akzo Nobel Salt, Inc. (2024 NY Slip Op 05692)

Trathen v Akzo Nobel Salt, Inc.

2024 NY Slip Op 05692

Decided on November 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 15, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, OGDEN, DELCONTE, AND KEANE, JJ.

706 CA 23-01390

[*1]THOMAS TRATHEN, AS MANAGING PARTNER OF TRATHEN LAND CO., LLC, AND TRATHEN LAND CO., LLC, PLAINTIFFS-APPELLANTS,
v
AKZO NOBEL SALT, INC., DEFENDANT, AND AMERICAN ROCK SALT COMPANY LLC, DEFENDANT-RESPONDENT. 

LIPPES & LIPPES, BUFFALO (RICHARD J. LIPPES OF COUNSEL), FOR PLAINTIFFS-APPELLANTS 
HARRIS BEACH PLLC, PITTSFORD (BRIAN D. GINSBERG OF COUNSEL), FOR DEFENDANT-RESPONDENT. 

 Appeal from an order and judgment (one paper) of the Supreme Court, Livingston County (J. Scott Odorisi, J.), entered January 4, 2023. The order and judgment, among other things, granted the motion of defendant American Rock Salt Company LLC to dismiss plaintiffs' complaint against it. 
It is hereby ORDERED that the order and judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: November 15, 2024
Ann Dillon Flynn
Clerk of the Court